NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1031
(Opposition No. 91190926)

LEO STOLLER,

Appellant,

v.

BEST DATA PRODUCTS, INC.,

Appellee,

and

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE, LLC,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

Leo Stoller moves for leave to proceed in forma pauperis and for an extension of time to pay the docketing fee. Stoller also moves to disqualify various attorneys. The Society for the Prevention of Trademark Abuse, LLC (the SPTA) opposes. The SPTA moves for the court to take judicial notice of an order of the United States Court of Appeals for the Seventh Circuit. Stoller opposes.

Upon consideration thereof,

IT IS ODERED THAT:

(1)    Stoller's motion for an extension of time to pay the docketing fee is granted.  Stoller's other motions are denied.  This appeal will be dismissed unless the docketing fee is paid within 30 days of the date of filing of this order.  No further extensions of time will be granted to pay the docketing fee.

(2)    The SPTA's motion for judicial notice is granted.

FOR THE COURT

**DEC 2 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Leo Stoller
       Willmore F. Holbrow, III, Esq.
       Lance G. Johnson, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2009

JAN HORBALY
CLERK